# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW510CR000001-001 |
| MONICA FREEMAN | |
| | USM Number: 23439-058 |
| | Richard Deke Falls |
| | Defendant's Attorney |

**THE DEFENDANT:**

- X  pleaded guilty to count(s) 1
- ☐  Pleaded guilty to violation(s)
- ☐  Pleaded not guilty to count(s)
- ☐  Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1071 | Concealing person from arrest. | August 11, 2009 | 1 |

- ☐  Counts(s) (is)(are) dismissed on the motion of the United States.
- ☐  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ☐  Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. THREE (3) YEARS probation with SIX (6) MONTHS home detention with location monitoring and $25.00 special assessment due and payable immediately.

2. During period of home detention, the defendant is restricted to her place of residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation office.

3. The defendant shall maintain a telephone at her place of residence without any " call forwarding", "Caller ID services", "call waiting", dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service.

4. The defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate.

5. The defendant shall reimburse the United States for court appointed attorney fees.

6. The defendant be allowed to participate in any available substance abuse treatment programs while on probation, to include drug testing by the probation office.

X  The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ 50.00   Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 2 WITH A CRIMINAL HISTORY LEVEL OF I.

Date of Imposition of Sentence: 1/15/2010

Signed: January 20, 2010

_____
David C. Keesler
United States Magistrate Judge

Date Signed: _____January 20, 2010_____

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal